IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. WATTS,<br><br>              Petitioner,<br><br>       v.<br><br>JAMES A. YATES, Warden,<br><br>              Respondent. | 1:06-CV-00809 OWW DLB HC<br><br>**ORDER GRANTING MOTION/ APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE AN ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**Document No. 7** |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer to the Petition for Writ of Habeas Corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including November 14, 2006, to file such pleading.

IT IS SO ORDERED.

  Dated:   **October 12, 2006**                  **/s/ Dennis L. Beck**
ah0l4d                                                      UNITED STATES MAGISTRATE JUDGE

Order Granting Application for First Enlargement of Time Within
Which to File an Answer to Petition for Writ of Habeas Corpus

1