# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. WATTS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES,<br><br>　　　　　Respondent. | CV F 06-00809 DLB HC<br><br>ORDER DISREGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>[Doc. 19] |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

　　On November 8, 2007, the Court denied the instant petition for writ of habeas corpus, and judgment was entered in favor of Respondent.  (Court Docs. 17, 18.)

　　On November 26, 2007, Petitioner filed a motion for an extension of time to file objections to the "Report and Recommendation." (Court Doc. 19.)  Then on December 4, 2007, Petitioner filed a notice of appeal.[1]

　　Because both parties consented to Magistrate Judge jurisdiction, the Court's November 8, 2007, was a final order, of which Petitioner acknowledges in the notice of appeal.  (Court Doc.

///

---

[1] The Court has previously declined to issue a certificate of appealability in this case, and therefore the case will be processed to the United States Court of Appeals for the Ninth Circuit. (*See* Court Doc. 17.)

1

1   20.)   Accordingly, Petitioner's motion for an extension of time to file objections to the "Report
2   and Recommendation," is DISREGARDED.

5        IT IS SO ORDERED.
6        Dated:   **December 7, 2007**                    /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE