# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. WATTS, | 1:06-cv-00809-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO REMAND FROM THE NINTH CIRCUIT COURT OF APPEALS |
| v. | |
| JAMES A. YATES, | [Doc. 30] |
| Respondent. | |

On November 8, 2007, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied on the merits and judgment was entered in favor of Respondent.[1] Petitioner filed a notice of appeal on December 4, 2007.

On July 15, 2010, the Ninth Circuit Court of Appeals reversed the judgment finding that the trial court's failure to hold a new competency hearing violated Petitioner's due process rights, and the state court's decision was based on an unreasonable determination of the facts in light of the evidence. 28 U.S.C. § 2254(d)(2). The Court remanded the action back to this Court with instructions to grant the petition and direct the State to provide Petitioner with a new trial, giving due attention to his competence to stand trial.

Pursuant to the Ninth Circuit's opinion, the instant petition for writ of habeas corpus is

---

[1] Both parties consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

1

1 GRANTED; and the State shall initiate retrial proceedings within sixty (60) days from the date
2 of service of this order, or if the State elects not to retry Petitioner, it must release him
3 immediately.

5    IT IS SO ORDERED.

6    **Dated:**   **September 8, 2010**               **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE